UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-14027-CR-MARRA (MOORE)

UNITED STATES OF AMERICA,

       Plaintiff(s),

vs.

IVORY CHARLES BRINSON,

       Defendant(s).
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS MATTER is before the Court on Magistrate Judge Frank J. Lynch's Report and Recommendation [90] on Defendant's Motion for Permission to File a Late Notice of Appeal [82] and Defendant's Motion to Re-Issue the Judgment [84]. After review of Defendant's Objections [91] and the record, it is

ORDERED AND ADJUDGED that Magistrate Judge Lynch's Report and Recommendation issued January 24, 2007 is hereby **ADOPTED**. Defendant's Motion for Permission to File a Late Notice of Appeal [82] is hereby **DENIED**. Defendant's Motion to Re-Issue the Judgment [84] is hereby **DENIED**.

DONE AND ORDERED in Chambers at Miami, Florida this 7th day of February, 2007.

                              K. MICHAEL MOORE
                              UNITED STATES DISTRICT JUDGE

Copies Furnished to:

All counsel and pro se parties of record